| | |
|---|---|
| 1 | Ira M. Siegel, Cal. State Bar No. 78142 |
| | email address:  irasiegel@earthlink.net |
| 2 | LAW OFFICES OF IRA M. SIEGEL |
| | 433 N. Camden Drive, Suite 970 |
| 3 | Beverly Hills, California 90210-4426 |
| | Tel:    310-435-7656 |
| 4 | Fax:    310-657-2187 |
| 5 | Attorney for Plaintiff Discount Video Center, Inc., dba Mayhem |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Discount Video Center, Inc., dba Mayhem, a California corporation, | CASE NO. CV 11-02694 PSG |
|---|---|
| Plaintiff, | WITHHOLDING OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| DOES 1-5041, | |
| Defendants. | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby withholds consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Respectfully submitted,

Date:  August 5, 2011

*/s/ Ira M. Siegel*

Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:       310-435-7656
Fax:       310-657-2187

Attorney for Plaintiff Discount Video Center, Inc., dba Mayhem

Consent to Proceed - CV 11-02694 PSG                    1