IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISCOUNT VIDEO CENTER, INC.,

      Plaintiff,

  v.

DOES 1-5041,

      Defendant.
_____/

No. C 11-02694 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the ex parte application for leave to take limited discovery prior to a rule 26 conference, ex parte application for leave to take limited discovery prior to a rule 26(f) conference, and **all further discovery motions** filed in the above-captioned case are referred to Magistrate Judge Grewal.  Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Grewal.

Dated: 8/31/2011

                         CLAUDIA WILKEN
                         United States District Judge

cc: Sue; PSG