UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 35 mins**

CIVIL MINUTES

| | |
|---|---|
| **Judge:** Paul S. Grewal | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** September 22, 2011 | **Court Reporter:** Irene Toft |
| **Case No.:** C-11-02694 CW | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

CASE TITLE

Discount Video Center Inc v. Does 1 - 5041

APPEARANCES

Attorney(s) for Plaintiff(s): Ira Siegel
Attorney(s) for Defendant(s): No appearances made

PROCEEDINGS

**Plaintiff's Ex Parte Application for Leave to Take Limited Discovery [Doc. 6]**

ORDER AFTER HEARING

Hearing held. The Court took the matter under submission after oral argument. The Court to issue further Order following hearing.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: